RECEIVED

MAY 23 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED

MAY 29 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

JEAN McCLELLAN-CHAMBERS, on behalf of herself, and JAMAC ENTERPRISES, a sole proprietorship d/b/a ELITE CUSTOM COMPUTERS and all others similarly situated in the State of Arkansas

Plaintiff(s),

v.

SAMSUNG ELECTRONICS CO., LTD; SAMSUNG SEMICONDUCTOR, INC.; HYNIX SEMICONDUCTOR INC., et.al.

Defendant(s).

CASE NO. C07-01823 SBA

~~PROPOSED~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Michael L. Roberts, an active member in good standing of the bar of the State of Arkansas whose business address and telephone number (particular court to which applicant is admitted) is 20 Rahling Circle, P.O. Box 241790, Little Rock, AR  72223, (501) 821-5575

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5-29-07

United States Magistrate Judge

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

MCCLELLAN-CHAMBERS et al,

    Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD et al,

    Defendant.

Case Number: CV07-01823 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael L. Roberts
Roberts Law Firm, PA
20 Rahling Circle
P.O. Box 241790
Little Rock, AR 72223-1790

Dated: May 29, 2007

                      Richard W. Wieking, Clerk
                      By: LISA R CLARK, Deputy Clerk